CHARLES L. REES
California State Bar No. 200682
**LAW OFFICES OF CHARLES L. REES**
424 "F" Street, Suite 205
San Diego, CA 92101
Telephone: (619) 239-9300
Facsimile: (619) 702-5415

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MICHAEL S. BERG)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>7655 CLAIRMONT MESA, INC.<br>doing business as "ZION MARKET"<br><br>    Defendant. | CASE NO.: 20cr3948-MSB<br><br>DECLARATION OF MOSES HWANG, PRESIDENT OF ZION MARKET, AUTHORIZING ATTORNEYS MARC CARLOS & CHARLES REES TO ENTER THE GUILTY PLEA AND ACCEPT THE SENTENCE ON BEHALF OF ZION MARKET |

1. I, Moses Hwang, am the President of 7655 CLAIRMONT MESA, INC., doing business as "ZION MARKET."

2. As President of ZION MARKET I have been granted authority by ZION MARKET's officers and directors to appear on ZION MARKET's behalf to enter a guilty plea and accept the sentence in the above case.

3. I have also been granted authority by ZION MARKET's officers and directors to allow attorneys Marc Carlos and Charles Rees to waive my presence and enter ZION MARKET'S guilty plea and accept the sentence on ZION MARKET's behalf.

4. On December 15, 2020, I signed a 15-page plea agreement (the "Agreement") on behalf of ZION MARKET in which the parties agree ZION MARKET will enter a guilty plea to 5 misdemeanor counts of 8 U.S.C. Sections 1324(a)(2) and 1324(f)(1).

5.   The Agreement sets forth the elements of the offense (p. 3), the factual basis for ZION MARKET's guilty plea (pp. 4-5), the potential penalties (p. 5) and the parties' sentencing recommendations (pp. 9-12).

6.   Before signing the Agreement, I read it, reviewed it with my attorneys, and received authorization from ZION MARKET's directors and officers to accept it on behalf of the corporation.

7.   I understand I have a right to be present at today's disposition and sentencing hearing. I hereby waive that right and agree to allow attorneys Marc Carlos and Charles Rees to enter the guilty plea and accept sentencing on behalf of ZION MARKET.

I, Moses Hwang, declare under penalty of perjury the foregoing statements to be true and correct.

Dated: December 21, 2020

MOSES HWANG, PRESIDENT
ZION MARKET