# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ZION MARKET, INC.,<br><br>    Defendant. | Case No.: 20cr3948-MSB<br><br>ORDER REGARDING DEFENDANT'S PREJUDGMENT FINE PAYMENTS |

IT IS HEREBY ORDERED:

Pursuant to the plea agreement, Defendant has agreed to pay a fine in the amount of $500,000.00. The Clerk of Court shall accept any prejudgment payments made by or on behalf of Defendant for the above fine.

DATED: 12/21/2020

HON. MICHAEL S. BERG
United States Magistrate Judge